NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ENOVA TECHNOLOGY CORP.,**
*Appellant*

**v**

**SEAGATE TECHNOLOGY (US) HOLDINGS INC., SEAGATE TECHNOLOGY LLC,**
*Appellees*

---

2016-1287

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00683.

---

**JUDGMENT**

---

DARRYL MICHAEL WOO, Vinson & Elkins LLP, San Francisco, CA, argued for appellant. Also represented by CHAO WANG; JANICE TA, Austin, TX.

DAVID J.F. GROSS, Faegre Baker Daniels LLP, Minneapolis, MN, argued for appellees. Also represented by LUCAS J. TOMSICH, JULIE WAHLSTRAND; CALVIN L. LITSEY, East Palo Alto, CA; RICHARD M. MARSH, JR., Denver, CO.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 20, 2017                    /s/ Peter R. Marksteiner
         Date                             Peter R. Marksteiner
                                          Clerk of Court